AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ADRIANA VAZQUEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR238-IEG

I, __ADRIANA VAZQUEZ__, the above named defendant, who is accused of committing the following offense:

> Importation of marijuana and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __29 JAN 08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Adriana Vazquez_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER