LYNN H. BALL, ESQ.
Bar No. 056497
1560 Scott Street
San Diego, CA 92106-2333
(619) 225-1914
(619) 225-1720 - Fax

Attorney for Defendant Adriana Vazquez

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0238-IEG |
| | ) | |
| Plaintiff, | ) | **EX-PARTE MOTION FOR** |
| | ) | **PERMISSION TO REVIEW** |
| vs. | ) | **MEDICAL RECORDS** |
| | ) | |
| ADRIANA VAZQUEZ, | ) | |
| | ) | Department:  Judge Gonzalez |
| Defendant. | ) | |
|_____| ) | |

**IT IS HEREBY REQUESTED** that the Court order the Metropolitan Correction Center to provide a copy of medical records to defendant's attorney.  This request is supported by the attached Declaration of Lynn H. Ball and Waiver signed by his client, Adriana Vazquez.

Respectfully submitted,

*s/Lynn H. Ball*

Date:  April 7, 2008
_____
Lynn H. Ball
Attorney for Adriana Vazquez
E-mail: lhball@sbcglobal.net