LYNN H. BALL, ESQ.
Bar No. 056497
1560 Scott Street
San Diego, CA 92106-2333
(619) 225-1914
(619) 225-1720 - Fax

Attorney for Defendant Adriana Vazquez

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0238-IEG |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF LYNN H. BALL** |
| | ) | |
| vs. | ) | |
| | ) | |
| ADRIANA VAZQUEZ, | ) | |
| | ) | Department: Judge Gonzalez |
| Defendant. | ) | |
| _____ | ) | |

1.   I am Lynn H. Ball and I am the attorney for Adriana Vazquez.

2.  Adriana Vazquez is nineteen years old and is pregnant and due to deliver her baby in early July.

3.  During the probation interview on April 2nd, she indicated she had been to the doctor and learned that the baby may be RH negative and there may be some complications with her pregnancy.

4.   I am concerned about Ms. Vazquez's health and particularly concerned that she may be transferred down to CCA or to GEO, where medical care is, in my opinion, generally quite substandard.

5.   Additionally, her medical condition may impact her sentence in some fashion and it is my belief that her medical condition should be brought to the attention of the Court.

6.   I would like to have access to medical records and then review the medical records with a family member who is a physician to see whether or not there is any reason for concern.

Sworn to under penalty of perjury of the laws of the State of California this 7th day of April, 2008.

*s/Lynn H. Ball*
_____
Lynn H. Ball

-2- Case No. 08-CR-0238-IEG