IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-0238-IEG |
| ) | |
| Plaintiff, ) | **ORDER TO RELEASE** |
| ) | **MEDICAL RECORDS** |
| vs. ) | |
| ) | |
| ADRIANA VAZQUEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**IT IS HEREBY ORDERED** that medical records held by the Metropolitan Correction Center be turned over to Lynn H. Ball, the attorney for Adriana Vazquez. Adriana Vazquez, Reg. No. 05815-298, is an inmate at Metropolitan Correction Center.

**DATED: April 8, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**