1  KAREN P. HEWITT
   United States Attorney
2  GREGORY F. NOONAN
   Assistant U.S. Attorney
3  California State Bar No. *Pending*
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619 557-5790   (Telephone)/619 557-5551 (Fax)
   Email: gregory.noonan@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR0238-IEG |
   |                           | ) |                                  |
11 |         Plaintiff,        | ) |                                  |
   |                           | ) | NOTICE OF APPEARANCE             |
12 |         v.                | ) |                                  |
   |                           | ) |                                  |
13 | VICTOR BARAJAS et al.     | ) |                                  |
   |                           | ) |                                  |
14 |         Defendant.        | ) |                                  |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17         I, the undersigned attorney, enter my appearance as lead counsel for the United States in the
18  above-captioned case.

19         I certify that I am admitted to practice in this court or authorized to practice under
20  CivLR 83.3.c.3-4.

21         The following government attorneys (who are admitted to practice in this court or authorized
22  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel
23  for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this
24  case.

25         1.    None.
26  //
27  //
28  //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3 | Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4 |   1.   James P. Melendres.

5 | Please feel free to call me if you have any questions about this notice.

6 | DATED: May 13, 2008.

                                                KAREN P. HEWITT
                                                United States Attorney

                                                <u>s/Gregory F. Noonan</u>
                                                GREGORY F. NOONAN
                                                Assistant U.S. Attorney

27 | Notice of Appearance                                                            08CR0238-IEG
    United States v. Victor Barajas et al.

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR0238-IEG |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| VICTOR BARAJAS et al.) | | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

      I, , am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

      I am not a party to the above-entitled action.  I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated May 13, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

   1.   Victor Torres, Attorney for Defendant Victor Barajas.

   2.   Lynn Ball, Attorney for Defendant Adriana Vazquez.

      I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 13, 2008.

                                              s/Gregory F. Noonan
                                              GREGORY F. NOONAN
                                              Assistant U.S. Attorney

Notice of Appearance                                                                     08CR0238-IEG
United States v. Victor Barajas et al.